COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION FOR REHEARING

Cause number and style:     01-11-00783-CV
                        *Alejandro Marquez v. Lorenza Moncada and The Office of the Attorney General of Texas*

Date motion filed:         August 14, 2012

Party filing motion:       Alejandro Marquez

It is **ordered** that the motion for panel rehearing is denied. The court withdraws its judgment and issues an amended judgment ordering that each party bear its own costs.

Justice Sharp, dissenting to denial of rehearing, without opinion

Judge's signature:   /s/ Jane Bland
                    Acting for the Court

Panel consists of: Justices Keyes, Bland and Sharp.

Date:  September 27, 2012